**Howard BENNETT, Plaintiff–Appellant,**

v.

**SCHOOL BOARD OF MADISON COUNTY, Defendant–Appellee.**

No. 07–12927.

United States Court of Appeals, Eleventh Circuit.

Feb. 20, 2008.

Marie A. Mattox, Marie A. Mattox, P.A., Tallahassee, FL, for Plaintiff–Appellant.

James Joseph Dean, Messer, Caparello & Self, P.A., Tallahassee, FL, for Defendant–Appellee.

Before BLACK and CARNES, Circuit Judges, and RESTANI,* Judge.

PER CURIAM:

After oral argument and a thorough review of the record and briefs in this case, we affirm the grant of summary judgment in favor of defendant School Board of Madison County for the reasons stated in the district court's well-reasoned order dated May 28, 2007.

**AFFIRMED.**